# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL ACTION NO. 3:22-CR-266-S |
| § | |
| STEVEN CHRISTOPHER POOLE (1) § | |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge David L. Horan for consideration. The Court has received the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [ECF No. 24]. Defendant having waived allocution before this Court and the time to object to the Findings, Conclusions, and Recommendations having passed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Findings, Conclusions, and Recommendation are **ADOPTED** as the opinion and findings of the Court, and Defendant's Supervised Release is **REVOKED**. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of EIGHT (8) months, with credit for time served, and with no additional Supervised Release to follow. The Court recommends that the Defendant be allowed to serve his sentence at FCI Seagoville, or, alternatively, as close to the Dallas-Fort Worth area as possible.

**SO ORDERED.**

SIGNED November 9, 2022.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**